IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| HOPLOADS, LLC et al, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 6:21-CV-03019 ) |
| BULK LOADS NOW, LLC and JARED FLINN, | ) ) ) ) |
| Defendants. | ) |

## CONSENT JUDGMENT

Before the Court is the Parties' joint motion to reopen this Action and for entry of a consent judgment. (Doc. #90). The Court, being duly advised of the premises grants said motion.

Plaintiff and Counterclaim Defendant Hoploads, LLC ("Hoploads") and Counterclaim Defendant Donna Stearns ("Stearns") and Defendant Bulk Loads Now, LLC ("Bulk Loads") and Defendant Jared Flinn ("Flinn") (each a "Party," and, collectively, the "Parties") have settled this matter pursuant to a Settlement Agreement, the terms of which provide the substance of this Judgment. The Court hereby enters the following Consent Judgment:

1. After being informed of the existence of the settlement of this matter, the Court previously issued an Order dismissing this Action with prejudice and providing that "[i]n the event that the settlement is not perfected, any Party may move to reopen the case, provided that such motion is filed within 45 days of the date of this Order" and that "the Court retains jurisdiction over enforcement of the settlement agreed to by the Parties."

2. The Parties have filed a joint motion to reopen this Action and for entry of a Consent Judgment pursuant to the Settlement Agreement reached by the Parties.

3. It is ORDERED that this Action is reopened for the purpose of entering this Consent Judgment.

4. The Parties have stipulated to this Consent Judgment and to the Settlement Agreement in such a way as to effectuate the mutual release of all claims that were or could have been brought in this litigation, whether known or unknown.

5. All claims and defenses, including claims and counterclaims asserted by any of the Parties in this case are hereby resolved by this Consent Judgment.

6. This Consent Judgment does not constitute and shall not be construed as an admission of liability by any Party to this Action. This Consent Judgment does not in any way establish any Party's liability for any claims asserted by any other Party and the Parties each expressly deny any wrongdoing or liability to any other Party related to this Action.

7. It is ORDERED that judgment is hereby entered in favor of Bulk Loads Now, LLC and Jared Flinn and against Hoploads LLC and Donna Stearns, jointly and severally, in the amount of one hundred fifty thousand dollars ($150,000).

8. The Parties shall otherwise each bear their own costs and attorney's fees incurred in, or in any way related to, this Action.

9. The Court shall retain continuing jurisdiction over the Parties and this Action for the purpose of enforcing this Consent Judgment and the Settlement Agreement.

IT IS SO ORDERED.

Date: September 6, 2022  /s Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT